AO 245D (Rev. 9/00) Judgment in a Criminal Case for Revocations (CDIL)

E-FILED
Monday, 20 December, 2004 03:42:17 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
DARREN P. WADE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 99-20047-01

Tiffani Johnson
Defendant's Attorney

FILED
NOV 17 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FILED
DEC 20 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) MC and Special Condition 1 of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. | Law Violation - Possession and Use of Illegal Drugs (Cocaine, Amphetamine and Methamphetamine) (12/23/02, 1/8/03, 3/5/03, 3/18/03, 4/18/03 and 5/3/03) | 5/3/2003 |
| 2. | Failure to Submit Random Urine Specimen While Using a Device to Avoid Collection of Defendant's Urine | 4/28/03 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.: -0563
Defendant's Date of Birth: /69
Defendant's USM No.: 12457-026
Defendant's Residence Address:
Shelbyville, IL 62565

Defendant's Mailing Address:
In Custody

November 15, 2004
Date of Imposition of Judgment

s/ Michael P. McCuskey
Signature of Judicial Officer

MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE
Name and Title of Judicial Officer

11/17/04
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: s/ S.Porter
       DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 11-18-04

AO 245D    (Rev. 9/00) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: DARREN WADE
CASE NUMBER: 99-20047-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months on each of Counts 1, 2 and 3 to be served concurrently, with credit for time served, and no Supervised Release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 12/15/04 to FCI PEKIN at IL with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL